UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, ) | Case No. 3:11-cv-00616 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BLACKROCK COAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

Plaintiff Duke Energy Carolinas, LLC requests that the Clerk of Court enter default against Defendant BlackRock Coal, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant BlackRock Coal, LLC is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this the 26 day of January, 2012.

*Frank D. Johns*

_____
Clerk of Court